**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO, CANTON DIVISION

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **For Paws Blue Cross Animal Hospital LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA Blue Cross Animal Hospital** <br> **For Paws** <br> **For Paws Animal Hospital** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **45-1600539** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1396 S Main St** <br> **North Canton, OH 44720-4244** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Stark** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **http://www.forpawscanton.com/**

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    **Veterinary Medications** _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **1396 S Main St**
**North Canton, OH, 44720-4244**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**          *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 14, 2023**
　　　　　　　　MM / DD / YYYY

X **/s/ Jennifer D. Jellison, DVM**
Signature of authorized representative of debtor

**Jennifer D. Jellison, DVM**
Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Anthony J. DeGirolamo**
Signature of attorney for debtor

Date    **July 14, 2023**
　　　　　MM / DD / YYYY

**Anthony J. DeGirolamo**
Printed name

**Anthony J. DeGirolamo, Attorney at Law**
Firm name

**3930 Fulton Dr NW Ste 100B**
**Canton, OH 44718-3040**
Number, Street, City, State & ZIP Code

Contact phone    **(330) 305-9700**        Email address    **tony@ajdlaw7-11.com**

**0059265**
Bar number and State

| | |
|---|---|
| Debtor name | **For Paws Blue Cross Animal Hospital LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OHIO, CANTON DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BHG Financial 201 Solar St Syracuse, NY 13204-1425** | | **Money Loaned** | | **$198,643.05** | **$0.00** | **$198,643.05** |
| **Chase Card Services PO Box 15153 Wilmington, DE 19886** | **Chase Card Services** | **Revolving Account** | | | | **$27,480.20** |
| **Connecting Point 8312 Cleveland Ave NW North Canton, OH 44720-4820** | | **Trade debt** | | | | **$1,661.48** |
| **Fifth Third Bank 38 Fountain Square Plz Cincinnati, OH 45263** | **Fifth Third Bank** | **Bank loan** | | | | **$96,000.00** |
| **Forward Financing LLC 53 State St Fl 20 Boston, MA 02109-3204** | | **Money Loaned** | | **$61,893.91** | **$0.00** | **$61,893.91** |
| **Hill's Pet Nutrition Sales Inc. PO Box 842257 Dallas, TX 75284-2257** | | **Trade debt** | | | | **$7,449.04** |
| **Home Again 2 Giralda Farms Madison, NJ 07940-1026** | | **Trade debt** | | | | **$2,094.14** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

23-60829-tnap　　Doc 1　　FILED 07/14/23　　ENTERED 07/14/23 08:42:50　　Page 6 of 21

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Idea 247 Inc. Attn: Justin Leto 200 SE 1st St Ste 703 Miami, FL 33131-1909** | | **Money Loaned** | | **$88,355.00** | **$0.00** | **$88,355.00** |
| **Idexx Distribution Inc 1 Idexx Dr Westbrook, ME 04092-2040** | | **Trade debt** | | | | **$24,209.69** |
| **Imaging 4 Pets 1821 Walden Office Sq Schaumburg, IL 60173-4295** | | **Trade debt** | | | | **$3,410.00** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** | **Internal Revenue Service** | **Taxes** | | | | **$17,613.00** |
| **Kapitus Servicing Inc. 2500 Wilson Blvd Ste 350 Arlington, VA 22201-3873** | | **Money Loaned** | | **$98,587.00** | **$0.00** | **$98,587.00** |
| **Newco Capital Group VI, LLC 1 Whitehall St Ste 200 New York, NY 10004-2109** | **Ariel Bouskilla** **(212) 729-1477** | **Money Loaned** | | | | **$43,840.00** |
| **Patterson Veterinary Supply Inc. PO Box 1418 Loveland, CO 80539-1418** | | **Trade debt** | | | | **$26,710.84** |
| **State Of Ohio Dept Of Taxation PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216** | **State Of Ohio Dept Of Taxation** | **Taxes** | | | | **$1,916.00** |
| **The Ohio Valley Bank 420 3rd Ave Gallipolis, OH 45631-1135** | | **Money Loaned** | | **$79,753.82** | **$0.00** | **$79,753.82** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trusted Journey** **12521 Island Rd** **Grafton, OH** **44044-9550** | | **Trade debt** | | | | **$4,230.60** |
| **US Small Business Administration** **Cleveland District Office** **1350 Euclid Ave Ste 211** **Cleveland, OH** **44115-1815** | | **Money Loaned** | | **$150,000.00** | **$0.00** | **$150,000.00** |
| **VetRad** **50 E Wilson Bridge Rd** **Worthington, OH** **43085-2302** | | **Trade debt** | | | | **$3,114.83** |
| **White Road Capital LLC** **dba GFE Holdings** **2999 NE 191st St Ste 901** **Miami, FL** **33180-3115** | | **Money Loaned** | | **$20,000.00** | **$0.00** | **$20,000.00** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

# United States Bankruptcy Court
## Northern District of Ohio, Canton Division

In re  **For Paws Blue Cross Animal Hospital LLC**

Case No. _____

Debtor(s)

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jennifer D. Jellison, DVM<br>3415 Blackburn Rd NW<br>Canton, OH 44718-3203 | | 100 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 14, 2023**

Signature  **/s/ Jennifer D. Jellison, DVM**

**Jennifer D. Jellison, DVM**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

IN RE:                                                                Case No. _____

For Paws Blue Cross Animal Hospital LLC                              Chapter **11**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **July 14, 2023**_____     Signature: **/s/ Jennifer D. Jellison, DVM**_____
                                                      **Jennifer D. Jellison, DVM, Managing Member**            Debtor

Date: _____            Signature: _____
                                                                                              Joint Debtor, if any

Bankers Healthcare Group LLC
10234 W State Road 84
Davie, FL  33324-4202


Berkovitch & Bouskila PLLC
1545 US Highway 202 Ste 101
Pomona, NY  10970


BHG Financial
201 Solar St
Syracuse, NY  13204-1425


Blais Microscope Co.
PO Box 486
Faribault, MN  55021-0486


Canton Data Print
2617 Cleveland Ave NW
Canton, OH  44709-3307


Canton Regional Health Fund
2600 6th St SW
Canton, OH  44710-1702


Chase Card Services
PO Box 15153
Wilmington, DE  19886-0000

CHTD Company
PO Box 2576
Springfield, IL  62708-2576


Connecting Point
8312 Cleveland Ave NW
North Canton, OH  44720-4820


Corporation Service Company
PO Box 2576
Springfield, IL  62708-2576


Covetrus
12 Mountfort St
Portland, ME  04101-4307


CSC Filing
801 Adlai Stevenson Dr
Springfield, IL  62703-4261


CT Corporation System
Attn: SPRS
330 N Brand Blvd Ste 700
Glendale, CA  91203-2336


Davies Pharmacy
2915 Tuscarawas St W
Canton, OH  44708-4607

DC Lawncare
5340 Mayfair Rd
North Canton, OH   44720-1533


Diligenz
801 Adlai Stevenson Dr
Springfield, IL   62703-4261


Elanco
2500 Innovation Way N
Greenfield, IN   46140-9163


Fifth Third Bank
38 Fountain Square Plz
Cincinnati, OH   45263-0000


Forward Financing LLC
53 State St Fl 20
Boston, MA   02109-3204


Green Compounding
4016 Massillon Rd Ste B
Uniontown, OH   44685-7818


Heska
3760 Rocky Mountain Ave
Loveland, CO   80538-7084

Hill's Pet Nutrition Sales Inc.
PO Box 842257
Dallas, TX  75284-2257


Home Again
2 Giralda Farms
Madison, NJ  07940-1026


Idea 247 Inc.
Attn: Justin Leto
200 SE 1st St Ste 703
Miami, FL  33131-1909


Idexx Distribution Inc
1 Idexx Dr
Westbrook, ME  04092-2040


Imaging 4 Pets
1821 Walden Office Sq
Schaumburg, IL  60173-4295


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101


IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH  44199-0000

Jennifer D. Jellison, DVM
3415 Blackburn Rd NW
Canton, OH  44718-3203


Johnson Controls
PO Box 591
Milwaukee, WI  53201-0591


Kapitus Servicing Inc.
2500 Wilson Blvd Ste 350
Arlington, VA  22201-3873


Lien Solution
2929 Allen Pkwy Ste 3300
Houston, TX  77019-7112


Lien Solutions
PO Box 29071
Glendale, CA  91209-9071


MedVet
1321 Centerview Cir
Akron, OH  44321-1627


Newco Capital Group VI, LLC
1 Whitehall St Ste 200
New York, NY  10004-2109

```
Office Of The Ohio Attorney General
150 E Gay St
Collections Enforcement Section
Columbus, OH  43215-0000


Office of the United States Attorney
Attn: Bankruptcy Division
801 W Superior Ave Ste 400
Cleveland, OH  44113-1852


Office Of The United States Trustee
201 Superior Ave E Ste 441
Howard Metzenbaum Courthouse
Cleveland, OH  44114-0000


Ohio Bureau Of Workers' Compensation
30 W Spring St
Columbus, OH  43215-0000


Ohio Dept Of Job & Family Services
PO Box 182404
Columbus, OH  43218-0000


Patterson Veterinary Supply Inc.
PO Box 1418
Loveland, CO  80539-1418


Petrust Veterinary Relief Services
50 W Broad St Apt 3003
Columbus, OH  43215-3303
```

Regional Income Tax Agency
PO Box 477900
Broadview Heights, OH  44147-7900


State Of Ohio Dept Of Taxation
PO Box 530 Attn:  Bankruptcy Division
Columbus, OH  43216


Stericycle
2355 Waukegan Rd
Deerfield, IL  60015-1586


Stockman Bank of Montana
800 Main St
Billings, MT  59105-3328


The Ohio Valley Bank
420 3rd Ave
Gallipolis, OH  45631-1135


The Sand Rock Mineral Water Co.
1312 Tuscarawas St E
Canton, OH  44707-3114


Trusted Journey
12521 Island Rd
Grafton, OH  44044-9550

```
US Attorney General
950 Pennsylvania Ave NW
C/O US Dept Of Justice
Washington, DC  20530-0000


US Small Business Administration
Cleveland District Office
1350 Euclid Ave Ste 211
Cleveland, OH  44115-1815


VetRad
50 E Wilson Bridge Rd
Worthington, OH  43085-2302


White Road Capital LLC
dba GFE Holdings
2999 NE 191st St Ste 901
Miami, FL  33180-3115


White Road Capital LLC
dba GFE Holdings
2701 Queens Plz N Ste 802
Long Island City, NY  11101-4020


Wood Dale Pharmacy
232 E Irving Park Rd
Wood Dale, IL  60191-2039
```

Youngstown Oxygen & Welding Supply
2208 Hubbard Rd
Youngstown, OH  44505-3157


Zoetis
10 Sylvan Way
Parsippany, NJ  07054-3825

# United States Bankruptcy Court
## Northern District of Ohio, Canton Division

In re  **For Paws Blue Cross Animal Hospital LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ............................................. $ _____

Prior to the filing of this statement I have received ............................. $ _____

Balance Due ......................................................................................... $ _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...... $        **11,683.50**

The undersigned shall bill against the retainer at an hourly rate of .......... $        **375.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
            **Adversary proceedings and contested matters may be billed at the then applicable hourly rates.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **filings fees, credit report costs, credit counseling and debtor education fees, and other out of pocket costs.**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 14, 2023**                          **/s/ Anthony J. DeGirolamo**

*Date*                                     **Anthony J. DeGirolamo**

                                            *Signature of Attorney*

                                            **Anthony J. DeGirolamo, Attorney at Law**

                                            **3930 Fulton Dr NW Ste 100B**

                                            **Canton, OH 44718-3040**

                                            **(330) 305-9700   Fax: (330) 305-9713**

                                            **tony@ajdlaw7-11.com**

                                            *Name of law firm*

Software Copyright (c) 2023 CINGroup - www.cincompass.com