Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 23−60829−tnap**

**In re:**
    For Paws Blue Cross Animal Hospital LLC
    **Aka** − For Paws Animal Hospital, For Paws,
    Blue Cross Animal Hospital
    1396 S Main St
    North Canton, OH 44720−4244

**Social Security No.:**

**Employer's Tax I.D. No.:**
    45−1600539

## MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on July 14, 2023. The petition is missing the following required documents:

    Schedules A, B, D, E, F, G and H; Summary of Assets and Liabilities; and Statement of Financial Affairs.

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date July 28, 2023.

**Dated:** July 17, 2023                                                                          For the Court
Form ohnb259                                                                                  Josiah C. Sell, Clerk